The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| H.O.P.E. CENTER FOR CHRISTIAN UNITY AND LIFE STAFF MINISTRIES,<br><br>            Plaintiff,<br><br>     v.<br><br><br>CHURCH MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | NO. 21-cv-05215<br><br>**STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE PLAINTIFF'S COUNSEL** |

Pursuant to LCRs 7(d)(1), 10(g), and 83.2(b)(1), the parties agree that current counsel for Plaintiff Life Staff Ministries—attorney Kasey Huebner of GORDEN TILDEN THOMAS & CORDELL LLP—should be permitted to withdraw.  The parties further agree that attorney James Bulthuis of TOUSLEY BRAIN STEPHENS PLLC should be permitted to substitute as counsel for Plaintiff Life Staff Ministries, in their place.

This change in counsel will have no effect on the current case schedule.

James Bulthuis certifies that he served this Stipulated Motion upon Life Staff Ministries, pursuant to LCR 83.2(b)(1).

STIPULATED MOTION TO WITHDRAW AND
SUBSTITUTE PLAINTIFF'S COUNSEL - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 26th day of October, 2022.

TOUSLEY BRAIN STEPHENS PLLC

*/s/James Bulthuis*
James Bulthuis, WSBA #44089
E-mail: JBulthuis@Tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone: 206-682-5600

***Substituting Attorney for Plaintiff Life Staff Ministries***

DATED this 26th day of October, 2022.

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Kasey D. Huebner*
Kasey D. Huebner WSBA #32890
E-mail: KHuebner@GordonTilden.com
600 University Street, Suite 2915
Seattle, WA 98101
T: 206.467.6477

***Withdrawing Attorney for Plaintiff Life Staff Ministries***

DATED this 26th day of October, 2022

SELMAN BREITMAN LLP

*/s/ Justin Landreth*
Justin Landreth, WSBA# 44849
Email: jlandreth@selmanlaw.com
600 University Street, Suite 1800
Seattle, WA 98101-4129
Tel: 206.447.6461

***Attorney for Defendant Church Mutual Ins. Co.***

STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE PLAINTIFF'S COUNSEL - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

IT IS SO ORDERED:

DATED this 28th day of October 2022.

 _____
 David G. Estudillo
 United States District Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

*/s/James Bulthuis*
James Bulthuis, WSBA #44089
E-mail:  JBulthuis@Tousley.com

*Substituting Attorney for Plaintiff Life Staff Ministries*

STIPULATED MOTION TO WITHDRAW AND
SUBSTITUTE PLAINTIFF'S COUNSEL - 3