**The Honorable David G. Estudillo**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| H.O.P.E. CENTER FOR CHRISTIAN UNITY AND LIFE STAFF MINISTRIES,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY<br><br>Defendant. | Case No. 21-cv-05215<br><br>ORDER EXTENDING STAY |

Based upon the parties' Stipulated Motion to Extend Stay of Proceedings, and the Court being fully advised, for good cause shown,

IT IS HEREBY ORDERED that this action, including all litigation deadlines in the current Case Schedule, are hereby STAYED until March 16, 2023, and that all deadlines are further tolled.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court no later than March 10, 2023.  If efforts to resolve the remaining claims are unsuccessful, the parties shall include in their joint status report the normal information submitted pursuant to FRCP 26(f) and LCR 26(f) regarding scheduling.  If the parties intend to request a further

1  extension of the stay, the parties are directed to contact the courtroom deputy to schedule a status
2  conference no later than March 10, 2023.
3       DATED this 28th day of October 2022.

                                          David G. Estudillo
                                          United States District Judge