1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| HOPE CENTER FOR CHRISTIAN UNITY, | CASE NO. 3:21-cv-05215-DGE |
|---|---|
| Plaintiff, | ORDER TO GRANT MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION |
| v. | |
| CHURCH MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Stipulation, IT IS SO ORDERED. Defendant Church Mutual's counsel Justin Landreth has changed his firm affiliation, effective January 1, 2023 to the following firm:

SELMAN LEICHENGER EDSON,
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
jlandreth@selmanlaw.com

Dated this 17th day of January, 2023.

ORDER TO GRANT MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION - 1

1
2
3
4
5

David G. Estudillo
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER TO GRANT MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION - 2